IN THE UNITED STATES DISTRCT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAX BALDRIGE,<br><br>    Defendant. | Case No. 3:23-CR-30037-DWD |

## ORDER OF RECUSAL

**DUGAN, Judge:**

The undersigned hereby RECUSES from the above-captioned criminal case. The Clerk of Court has reassigned this matter to Chief United States District Judge Nancy J. Rosenstengel for referral. All future documents filed in this matter shall bear the case number 3:23-CR-30037-NJR until reassigned.

This matter is STAYED pending the reassignment by Chief United States District Judge Nancy J. Rosenstengel.

**IT IS SO ORDERED.**

DATED:   August 1, 2024

                                                        **DAVID W. DUGAN**
                                                        **U.S. District Judge**